## (February 28, 1962)

■ REBECCA KANTOR, Appellant, v. NATIONWIDE LIFE INSURANCE COMPANY, Respondent.— Motion by respondent to adjourn appeal, presently on the March Term Calendar, granted; appeal ordered on the calendar for the April Term, beginning March 26, 1962; respondent's brief to be served and filed on or before March 16, 1962. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MOLL, Appellant.— Motion by appellant for assignment of counsel, granted. Albert A. Oppido, Esq., and Irving A. Cohn, Esq., 274 Old Country Road, Mineola, N. Y., are assigned as counsel to prosecute the appeal. Motion by appellant to dispense with printing denied. Since defendant was found guilty of murder in the first degree and was sentenced to life imprisonment, as the jury recommended, pursuant to section 1045-a of the Penal Law, he is entitled to the benefit of the provisions of subdivision 8 of section 485 of the Code of Criminal Procedure. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 10, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ DANIEL H. HARRIS, Respondent, v. ALBERT HARRIS et al., Appellants, et al., Defendants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated January 30, 1962, requiring them to perfect their appeal for the March 1962 Term. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of SHEILA KANDELL, Respondent, v. PAUL KANDELL, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated January 22, 1962, requiring him to perfect his appeal for the March 1962 Term. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ FRANCES COILEY, Respondent, v. BETTINA C. BUTLER, as Administratrix of the Estate of GEORGE BUTLER, Deceased, Appellant.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ (A) In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v. LIONEL SHERMAN, Appellant. (B) JOSEPH J. SABIA, JR., et al., Appellants, v. JOSEPHINE MASON, Respondent.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ LEATRICE KOPERA et al., Appellants, v. FISHER SCIENTIFIC CO., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.